**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Alcide Hypolite
Eagle-1 DOC No. 365268
Louisiana State Prison
Angola LA 70712

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on July 31, 2024

**REHEARING ACTION: July 31, 2024**

**Docket Number: 24   00003-CA**

**ALCIDE HYPOLITE**
**VERSUS**
**LAFAYETTE CLERK OF COURT OFFICE AND**
**ATTORNEY CEARLEY W. FONTENOT, ET AL.**

**Appealed from Lafayette Parish Case No. 2023-2261**

**BEFORE JUDGES:**

   **Hon. Elizabeth A. Pickett**
   **Hon. D. Kent Savoie**
   **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Alcide Hypolite** has this day been

   **DENIED.**

cc: Cearley W. Fontenot, Counsel for the Appellee
    Paige Casselman Beyt, Counsel for the Appellee